**Peter G. SYKES, Respondent,**

v.

**ROLL–O–MATIC INC., Appellant.**

**No. WD 61076.**

Missouri Court of Appeals,
Western District.

Jan. 21, 2003.

Nancy S. Jochens, Kansas City, MO, for Appellant.

Thomas A. Schwindt, Independence, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Roll–O–Matic, Inc. appeals from a judgment denying its motion to dismiss the registration of a foreign judgment in Missouri.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).